DAVANNE REALTY v. MAYOR & TOWNSHIP COMMITTEE OF THE TOWNSHIP OF MONTVILLE.

November 1, 1977. Petition for certification granted and the order of the Appellate Division dismissing the appeal vacated. Cause remanded to the Appellate Division to determine appeal on the merits.

DELMAT CORPORATION v. MARIE KAHN.

November 4, 1977. Petition for certification granted on the ground that the Rules of the Court require the Court's review of this appeal. (See 147 *N. J. Super.* 293)

IN RE: ALLOCATION OF A PORTION OF THE COSTS OF BYRNE FOR GOVERNOR RADIO ADVERTISING CAMPAIGN.

November 5, 1977. Petition for certification granted and the judgment of the Appellate Division is summarily affirmed.

STATE OF NEW JERSEY v. JAMES S. MARZOLF.

November 9, 1977. Petition for certification granted. (See 152 *N. J. Super.* 47)